Official Form 5 (10/06)

| United States Bankruptcy Court<br><br>___Northern___ **District of** ___Illinois___ | **INVOLUNTARY PETITION** |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Creative Design and Fabrication, Inc.,<br>an Illinois corporation | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (If more than one, state all.):   42-1555108 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>950 Tower Road<br>Mundelein, Illinois 60060<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Lake                         ZIP CODE<br>                                   60060 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br>ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|
| **VENUE**<br><br>☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. |  | **FILING FEE** (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>   or<br>   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

Official Form 5 (10/06) – Cont.

Name of Debtor: Creative Design and Fabrication, Inc.
Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x (Vice President - TX Div.)
Signature of Petitioner or Representative (State title)
Comerica Bank, N.A.    11/29/2007
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Janice E. High, V.P. - TX Division
Comerica Bank - Mail Code 6510
1508 W. Mockingbird Lane
Dallas, Texas 75235

x _____ 11/29/2007
Signature of Attorney    Date
Tishler & Wald, Ltd.
Name of Attorney Firm (If any)
200 South Wacker Drive, Suite 3000, Chicago, Illinois 60606
Address
(312) 876-3800
Telephone No.

x (Operations Manager)
Signature of Petitioner or Representative (State title)
Stearns Bank, N.A.    11/29/2007
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Scott Powers, Operations Manager
Stearns Bank, N.A.
4140 Thielman Lane
St. Cloud, Minnesota 56301

x _____ 11/29/2007
Signature of Attorney    Date
Tishler & Wald, Ltd.
Name of Attorney Firm (If any)
200 South Wacker Drive, Suite 3000, Chicago, Illinois 60606
Address
(312) 876-3800
Telephone No.

x (President)
Signature of Petitioner or Representative (State title)
Gen-Tran Corporation    11/29/2007
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
John Mandula, President
Gen-Tran Corporation
1335 Ridgeland Pkwy. Suite 150
Alpharetta, Georgia 30004

x _____ 11/29/2007
Signature of Attorney    Date
Tishler & Wald, Ltd.
Name of Attorney Firm (If any)
200 South Wacker Drive, Suite 3000, Chicago, Illinois 60606
Address
(312) 876-3800
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Comerica Bank, N.A., 1508 W. Mockingbird Lane, Dallas, Texas 75235 | Monies loaned to Debtor | $711,000 + (est.) |
| Stearns Bank, N.A., 4140 Thielman Lane, St. Cloud, Minnesota 56301 | Monies due on Equipment Lease | $20,000 + (est.) |
| Gen-Tran Corporation, P.O. Box 1001, Alpharetta, Georgia 30009 | Property held by Debtor | $4,300 (est.) |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims: $732,300 +

continuation sheets attached

Official Form 5 (10/06) – Cont.

Name of Debtor: Creative Design and Fabrication, Inc.
Case No.

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_____ (Vice President - TX Div.)
Signature of Petitioner or Representative (State title)
Comerica Bank, N.A.          11/29/2007
Name of Petitioner           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Janice E. High, V.P. - TX Division
Comerica Bank - Mail Code 6510
1508 W. Mockingbird Lane
Dallas, Texas 75235

x_____  11/29/2007
Signature of Attorney         Date
Tishler & Wald, Ltd.
Name of Attorney Firm (If any)
200 South Wacker Drive, Suite 3000, Chicago, Illinois 60606
Address
Telephone No. (312) 876-3800

x_____ (Operations Manager)
Signature of Petitioner or Representative (State title)
Stearns Bank, N.A.           11/29/2007
Name of Petitioner           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Scott Powers, Operations Manager
Stearns Bank, N.A.
4140 Thielman Lane
St. Cloud, Minnesota 56301

x_____  11/29/2007
Signature of Attorney         Date
Tishler & Wald, Ltd.
Name of Attorney Firm (If any)
200 South Wacker Drive, Suite 3000, Chicago, Illinois 60606
Address
Telephone No. (312) 876-3800

x_____ (President)
Signature of Petitioner or Representative (State title)
Gen-Tran Corporation         11/29/2007
Name of Petitioner           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
John Mandula, President
Gen-Tran Corporation
1335 Ridgeland Pkwy. Suite 150
Alpharetta, Georgia 30004

x_____  11/29/2007
Signature of Attorney         Date
Tishler & Wald, Ltd.
Name of Attorney Firm (If any)
200 South Wacker Drive, Suite 3000, Chicago, Illinois 60606
Address
Telephone No. (312) 876-3800

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Comerica Bank, N.A., 1508 W. Mockingbird Lane, Dallas, Texas 75235 | Monies loaned to Debtor | $711,000 + (est.) |
| Stearns Bank, N.A., 4140 Thielman Lane, St. Cloud, Minnesota 56301 | Monies due on Equipment Lease | $20,000 + (est.) |
| Gen-Tran Corporation, P.O. Box 1001, Alpharetta, Georgia 30009 | Property held by Debtor | $4,300 (est.) |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims: $732,300 +

continuation sheets attached

**Official Form 5 (10/06) – Cont.**

Name of Debtor: Creative Design and Fabrication, Inc.
Case No.

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _____ (Vice President - TX Div.)
Signature of Petitioner or Representative (State title)
Comerica Bank, N.A.        11/29/2007
Name of Petitioner         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Janice E. High, V.P. - TX Division
Comerica Bank - Mail Code 6510
1508 W. Mockingbird Lane
Dallas, Texas 75235

x _____         11/29/2007
Signature of Attorney              Date
Tishler & Wald, Ltd.
Name of Attorney Firm (If any)
200 South Wacker Drive, Suite 3000, Chicago, Illinois 60606
Address
(312) 876-3800
Telephone No.

x _____ (Operations Manager)
Signature of Petitioner or Representative (State title)
Stearns Bank, N.A.         11/29/2007
Name of Petitioner         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Scott Powers, Operations Manager
Stearns Bank, N.A.
4140 Thielman Lane
St. Cloud, Minnesota 56301

x _____         11/29/2007
Signature of Attorney              Date
Tishler & Wald, Ltd.
Name of Attorney Firm (If any)
200 South Wacker Drive, Suite 3000, Chicago, Illinois 60606
Address
(312) 876-3800
Telephone No.

x John Mandula (President)
Signature of Petitioner or Representative (State title)
Gen-Tran Corporation       11/29/2007
Name of Petitioner         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
John Mandula, President
Gen-Tran Corporation
1335 Ridgeland Pkwy. Suite 150
Alpharetta, Georgia 30004

x _____         11/29/2007
Signature of Attorney              Date
Tishler & Wald, Ltd.
Name of Attorney Firm (If any)
200 South Wacker Drive, Suite 3000, Chicago, Illinois 60606
Address
(312) 876-3800
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Comerica Bank, N.A., 1508 W. Mockingbird Lane, Dallas, Texas 75235 | Monies loaned to Debtor | $711,000 + (est.) |
| Stearns Bank, N.A., 4140 Thielman Lane, St. Cloud, Minnesota 56301 | Monies due on Equipment Lease | $20,000 + (est.) |
| Gen-Tran Corporation, P.O. Box 1001, Alpharetta, Georgia 30009 | Property held by Debtor | $4,300 (est.) |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | $732,300 + |

continuation sheets attached